IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DANNY E. IRBY                                                       PLAINTIFF

VS.                               CIVIL ACTION NO. 4:03-cv-141 WHB-JCS

DR. F. COLE; MAJOR BART GRIMES,
CAPT. MARK ENTERKIN; OFFICER PATRICK THOMAS
OFFICER JIMMIE MASON, and
OFFICER JOSEPH FAIRCHILD                                           DEFENDANTS

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Opinion and Order which adopted the Report and Recommendation of the United States Magistrate Judge and granted the Motion of Defendants for Summary Judgment, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 25th day of September, 2006.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT COURT